**KREINDLER & KREINDLER LLP**
Francis G. Fleming, Esq.
State Bar No. 004375
Brian J. Alexander, Esq. *(pro hac vice)*
Marc S. Moller, Esq. *(pro hac vice)*
750 Third Avenue
New York, New York 10017
Telephone:  (212) 687-8181
Facsimile:  (212) 972-9432
Email: ffleming@kreindler.com
         balexander@kreindler.com
         mmoller@kreindler.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Bandres Oto, et al., | ) |
| | ) No. CV-16-01027-PHX-DJH |
| Plaintiffs, | ) |
| | ) **OTO PLAINTIFFS' RESPONSE TO** |
| v. | ) **ATCA'S MOTION SEEKING** |
| | ) **TRANSFER AND CONSOLIDATION** |
| Airline Training Center Arizona, Inc., | ) **WITH *FRIDAY v. ATCA*** |
| | ) |
| Defendant. | ) |
| | ) |

ATCA has requested that *Oto* be transferred and consolidated with *Friday v. ATCA*, 16-cv-859.  The *Oto* Plaintiffs agree transfer and consolidation of this case with *Friday v. ATCA*, 16-cv-859, will advance the efficient judicial management of these cases.  The *Oto* plaintiffs otherwise defer to the discretion of this Court.

Dated this 24th day of June, 2016

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KREINDLER & KREINDLER LLP


By /s/ Brian J. Alexander
    Francis G. Fleming (004375)
    Brian J. Alexander (*Pro Hac Vice*)
    Marc S. Moller *(Pro Hac Vice)*
    750 Third Avenue
    New York, NY  10017
    ffleming@kreindler.com
    balexander@kreindler.com
    mmoller@kreindler.com

*Attorneys for Plaintiffs*