1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jerome L. Skinner
LHD Lawyers/US
PO Box 9300
Cincinnati, Ohio
Ohio Supreme Court Number: 14768
Skinair64@yahoo.com
(513) 831 0044

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

David Friday, individually and
Representatively as surviving spouse
of Carol Friday Dec'd. and as the
surviving parent of Grieg Friday,
Dec'd.

6 Hume Court
Ashwood, VIC, Australia 314

       Plaintiff,

v.

Airline Training Center Arizona, Inc.

1685 S Litchfield Rd
Building 104
Goodyear, Az. 85338

       Defendant.

No.   CV-16-00859-PGR

**FRIDAY PLAINTIFFS' RESPONSE
TO ATCA'S MOTION SEEKING
TRANSFER AND
CONSOLIDATION**

     ATCA has requested that Oto, a number of cases arising out of the same event, be

transferred and consolidated with *Friday v. ATCA*, 16-cv-859.  The Friday Plaintiffs

agree transfer and consolidation of these cases *Friday and Oto*, will advance the

efficient judicial management of these cases. The Friday plaintiffs otherwise defer to the

discretion of this Court.

Dated this 29th day of June, 2016.

Respectfully Submitted,

/s/ Jerome L. Skinner
Jerome L. Skinner, Esq. (0014768)
LHD Lawyers US
P.O. Box 9300
Cincinnati, Ohio 45209
Phone:  (513) 831-0044
Email:  skinair64@yahoo.com

**OF COUNSEL:**

Matthew Berenger, Director
LHD Lawyers
Level 8, 151 Castlereagh Street
Sydney NSW 2000

Terrence L. Goodman, Esq. (0009148)
Law Office of Terrence L. Goodman, LLC
17 Heritage Road
Cincinnati, Ohio 45241

## Certificate of Service

The undersigned certifies that a copy of the above Amended Complaint was served upon Christopher Carlson, Counsel for the Defendant ACTA on this 29th day of June, 2016 by email, regular mail and through the Federal Pacer system.

/s/ Shannon Case
Shannon Case
Legal Assistant/Office Manager
LHD Lawyers/US