1  Jerome L. Skinner
   LHD Lawyers/US
2  PO Box 9300
   Cincinnati, Ohio
3  Ohio Supreme Court Number: 14768
   Skinair64@yahoo.com
4  (513) 831 0044

5  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Friday, individually and Representatively as surviving spouse of Carol Friday Dec'd. and as the surviving parent of Grieg Friday, Dec'd.<br><br>6 Hume Court<br>Ashwood, VIC, Australia 314<br><br>Plaintiff,<br><br>v.<br><br>Airline Training Center Arizona, Inc.<br><br>1685 S Litchfield Rd<br>Building 104<br>Goodyear, Az. 85338<br><br>Defendant. | No.  CV-16-00859-PGR<br><br>**STIPULATION RE:  SCHEDULE TO RESPOND TO ATCA'S MOTION TO DISMISS** |

In light of the Court Order of June 21, 2016 denying the Otto Plaintiffs' unopposed motion to seek discovery prior to responding to "Defendant ATCA's Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, Alternatively, for Summary Judgement or, in the Further Alternative, to Dismiss on the Grounds of *Forum Non Conveniens*", counsel for the parties in Friday have met and conferred and, subject to the approval of the court, agreed that the Friday Plaintiffs shall have until July 31, 2016

to file their opposition to ATCA's omnibus motion.

Because the Defendant's omnibus motion combines requests for relief under F.R.C.P. 12(b)(6), F.R.C.P. Rule 56 and for dismissal on the grounds of *forum mom conveniens* ("FNC"), L.R.Civ. 7.2 specifies different times to respond for the different elements of the motion; i.e., 14 days for the 12(b)(6) and FNC components and 30 days for the summary judgment component. However, the times are not cumulative.

This Stipulation shall not preclude a request for a further extension of time for good cause shown.

Dates this 29th day of June, 2016

Respectfully Submitted,

/s/ Jerome L. Skinner
Jerome L. Skinner, Esq. (0014768)
LHD Lawyers US
P.O. Box 9300
Cincinnati, Ohio 45209
Phone: (513) 831-0044
Email: skinair64@yahoo.com

**OF COUNSEL:**

Matthew Berenger, Director
LHD Lawyers
Level 8, 151 Castlereagh Street
Sydney NSW 2000

Terrence L. Goodman, Esq. (0009148)
Law Office of Terrence L. Goodman, LLC
17 Heritage Road
Cincinnati, Ohio 45241

## Certificate of Service

The undersigned certifies that a copy of the above Amended Complaint was served upon Christopher Carlson, Counsel for the Defendant ACTA on this 29th day of June, 2016 by email, regular mail and through the Federal Pacer system.

/s/ Shannon Case
Shannon Case
Legal Assistant/Office Manager
LHD Lawyers/US