IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Friday,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Airline Training Center Arizona, Inc.,<br><br>　　　　　Defendant. | No. CV-16-00859-PHX-PGR<br><br>ORDER |

IT IS ORDERED that the Scheduling Conference set for July 26, 2016 is vacated, as is the deadline for filing the Joint Case Management Report, both to be reset if necessary after the resolution of Defendant Airline Training Center Arizona, Inc.'s Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) or, Alternatively, for Summary Judgment or, in the Further Alternative, to Dismiss on Grounds of *Forum Non Conveniens* (Doc. 19).

DATED this 28th day of June, 2016.

_____
Paul G. Rosenblatt
United States District Judge