IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Friday,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Airline Training Center Arizona, Inc.,<br><br>　　　　Defendant. | No. CV-16-00859-PHX-PGR<br><br>ORDER OF TRANSFER AND CONSOLIDATION |
| Manuel Bandres Oto, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Airline Training Center Arizona, Inc.,<br><br>　　　　Defendant. | No. CV-16-01027-PHX-DJH |

Pending before the Court is Defendant Airline Training Center Arizona, Inc.'s Motion to Transfer (Doc. 23 in CV-16-00859), wherein it seeks to have Oto v. Airline Training Center Arizona, Inc., CV-16-01027-PHX-DJH, transferred to the undersigned Judge pursuant to Fed.R.Civ.P. 42(a)(1) and LRCiv 42.1(a). The plaintiffs in both cases have filed responses (Doc. 26 and Doc. 27 in CV-16-0859)

wherein they agree that transfer and consolidation will advance the efficient judicial management of the cases. The defendant has not filed any reply objecting to the consolidation of the cases.

The Court agrees that both cases should be heard by the same judge and that the cases should be consolidated inasmuch as they both involve almost identical wrongful death claims against the same defendant, Airline Training Center Arizona, Inc., and both arise out of the same event, the crash of Germanwings Flight No. 4U9525 on March 24, 2015. Having reviewed the relevant factors of LRCiv 42.1(d), the Court concludes that the Friday case, CV-16-00859, should be transferred to the Honorable Diane J. Humetewa, who has consented to the transfer, because the Friday case has only one plaintiff whereas the Oto case, CV-16-01027, has 146 plaintiffs, and because of the undersigned's Senior Judge status and his desire to reduce his case load. The Court further concludes that the lead case in the consolidated action should be the Oto case, CV-16-01027, because that case is reasonably viewed as the principal case given the number of plaintiffs involved in it. Therefore,

IT IS ORDERED that Defendant Airline Training Center Arizona, Inc.'s Motion to Transfer (Doc. 23 in CV-16-00859-PHX-PGR) is granted pursuant to Fed.R.Civ.P. 42(a) and LRCiv 42.1 to the extent that Friday v. Airline Training Center, Inc., CV-16-00859-PHX-PGR is transferred to the Honorable Diane J. Humetewa for all further purposes and is consolidated into Oto v. Airline Training Center, Inc., CV-16-01027-PHX-DJH.

IT IS FURTHER ORDERED that all future filings in this consolidated action related to member case Friday v. Airline Training Center, Inc., CV-16-00859-PHX-DJH, shall be filed in lead case Oto v. Airline Training Center, Inc., CV-16-01027-

PHX-DJH.

IT IS FURTHER ORDERED that the Clerk of the Court shall file a copy of this Order in <u>Oto v. Airline Training Center, Inc.</u>, CV-16-01027-PHX-DJH.

DATED this 14th day of July, 2016.

Paul G. Rosenblatt
United States District Judge